**Order entered September 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00708-CV

### IN RE JEROME JOHNSON, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before the Court are relator's September 19, 2019 pro se motions for judicial notice, to stay the mandamus proceedings with motion to abate, motion for an abatement of proceedings in the interest of justice, and objection to the State's response to his motion for nunc pro tunc judgment. Relator is represented by counsel in this matter. Relator is not entitled to hybrid representation. *See Marshall v. State*, 144 S.W.3d 618, 620 n.1 (Tex. Crim. App. 2006).

Accordingly, relator's motions and objection are **DENIED**.

/s/     BILL WHITEHILL
         JUSTICE